UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 OCT 27  P 1: 51

US DISTRICT COURT
HARTFORD CT

| | |
|---|---|
| DENISE PRAGANO, JOHN RIKER, JOHN VASQUEZ, individually and on behalf of all other persons similarly situated<br>　　　　Plaintiffs | |
| V. | CIVIL ACTION NO.<br>302CV01968 (CFD) |
| PATRICIA WILSON-COKER, Commissioner, Connecticut Department of Social Services, in her Official Capacity<br>　　　　Defendant | CLASS ACTION<br><br>OCTOBER 23, 2003 |

### PLAINTIFFS' MOTION TO RE-OPEN JUDGMENT FOR DISMISSAL

The plaintiffs hereby move to re-open this case for the reason that the settlement has not yet been consumated. The parties are working diligently to consummate the settlement.

On September 22, 2003, the court granted the parties' Joint Motion for Suspension of Scheduling Order. Under this order, the parties had until October 30, 2003 to file its Stipulation of Dismissal. Despite this order, the Clerk of the Court on October 2, 2003 inadvertently ordered this action "dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated."

Through its Counsel, the defendant does not oppose this motion to re-open.

Respectfully submitted, Plaintiffs

By: _____
MARY JEAN SCHIERBERL
Fed. Bar No. CT02464
Connecticut Legal Services, Inc.
587 Main Street
New Britain, CT 06051
(860)225-8678
mschierberl@connlegalservices.org

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5 (b) of the Federal Rules of Civil Procedure on this 23rd day of October 2003, first class postage prepaid to:

Thomas J. Ring
Assistant Attorney General
55 Elm St.
P.O. Box 120
Hartford, CT 06141-0120

Richard Lynch
Assistant Attorney General
55 Elm St.
P.O. Box 120
Hartford, CT 06141-0120

Tanya Feliciano
Assistant Attorney General
55 Elm St.
P.O. Box 120
Hartford, CT 06141-0120

_____
Mary Jean Schierberl