#44

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DENISE PRAGANO, JOHN RIKER, JOHN VASQUEZ, individually and on behalf of all other persons similarly situated
         Plaintiffs

V.

PATRICIA WILSON-COKER, Commissioner, Connecticut Department of Social Services, in her Official Capacity
         Defendant

2003 OCT 27 P 1:51

US DISTRICT COURT
HARTFORD CT

CIVIL ACTION NO.
302CV01968 (CFD)

CLASS ACTION

OCTOBER 23, 2003

[handwritten margin: Closing papers are due December 30, 2003. /s/ CFD 11/24/03]

[handwritten margin: Granted. So ordered.]

## PLAINTIFFS' MOTION TO RE-OPEN JUDGMENT FOR DISMISSAL

The plaintiffs hereby move to re-open this case for the reason that the settlement has not yet been consummated. The parties are working diligently to consummate the settlement.

On September 22, 2003, the court granted the parties' Joint Motion for Suspension of Scheduling Order. Under this order, the parties had until October 30, 2003 to file its Stipulation of Dismissal. Despite this order, the Clerk of the Court on October 2, 2003 inadvertently ordered this action "dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated."