UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2003 DEC 22 P 2: 14
U.S. DISTRICT COURT
HARTFORD, CT.

DENISE PRAGANO, JOHN RIKER,
JOHN VASQUEZ

        Plaintiffs

V.

        CIVIL ACTION NO.
        302CV01968 (CFD)

PATRICIA WILSON-COKER,
Commissioner, Connecticut Department
of Social Services, in her Official Capacity

        Defendant        :    DECEMBER 19, 2003

### PLAINTIFFS' STIPULATION OF DISMISSAL

The plaintiffs represent that the parties have entered into an agreement, and pursuant to Rule 41 of the FRCP, the plaintiffs are voluntarily dismissing the above entitled matter with prejudice. Attached is the Agreement signed by the parties.

Respectfully submitted,
PLAINTIFF DENISE PRAGANO
PLAINTIFF JOHN RIKER
PLAINTIFF JOHN VASQUEZ

By: *Kevin J Brophy*
KEVIN BROPHY
Fed. Bar No. CT 11575
Connecticut Legal Services, Inc.
85 Central Avenue
Waterbury, CT 06702
(203)756-8074

*Sheldon V. Toubman (by KJB)*
SHELDON V. TOUBMAN
Fed. Bar No. CT 08533
New Haven Legal Assistance Assoc.
426 State St.
New Haven, CT 06510
(203)946-4811

*Mary Jean Schierberl (by KJB)*
MARY JEAN SCHIERBERL
Fed. Bar No. CT 02464
Connecticut Legal Services, Inc.
587 Main St.
New Britain, CT 06051
(860)225-8678

*Shelley White (by KJB)*
SHELLEY WHITE
Fed. Bar No. CT 05727
New Haven Legal Assistance Assoc.
426 State St.
New Haven, CT 06510
(203)946-4811

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed in accordance with Rule 5 (b) of the Federal Rules of Civil Procedure on this 19th day of December 2003, first class postage prepaid to:

Thomas J. Ring
Assistant Attorney General
55 Elm St.
P.O. Box 120
Hartford, CT 06141-0120

Richard Lynch
Assistant Attorney General
55 Elm St.
P.O. Box 120
Hartford, CT 06141-0120

Tanya Feliciano
Assistant Attorney General
55 Elm St.
P.O. Box 120
Hartford, CT 06141-0120

_____
Kevin Brophy