W-407
(Rev.10/98)

**STATE OF CONNECTICUT**
**DEPARTMENT OF SOCIAL SERVICES**
25 Sigourney Street Hartford, Connecticut 06106-5033

MEDICAL SERVICES - NOTICE OF DENIAL

Case
Address: _____

Date of Service/Request: _____
Case Number: _____

The prior authorization request submitted to the Connecticut Department of Social Services, Division of Health Care Financing, 25 Sigourney Street, Hartford, CT 06106, by

_____
(Provider)

for _____
(Durable Medical Equipment)

has been denied by this Department, pursuant to 17b-262-672 to 17b-262-682, inclusive, of the Regulations of Connecticut State Agencies, because:

Per Connecticut General Statutes section 17b-265 and section 17b-262-526(3) of the Regulations of Connecticut State Agencies, Medicaid is required to be the payer of last resort. All other insurance coverage must be exhausted before requesting payment from Medicaid.

As a reminder, you continue to have the right to exercise your freedom of choice in selecting your Durable Medical Equipment provider. You can ask the current provider or another provider to submit a new request that addresses the problem(s) identified on the original request as described in this notice.

The cited regulation(s) may be available at public libraries and is also available on the Department's website at www.ctmedicalprogram.com. You have the right to review your file and all documents the Department relied upon in taking this action.

If you are not satisfied with the action taken, you have the right to appeal and request an Administrative Hearing ***within 60 days from the date of this notice***. A request for an Administrative Hearing must be made in writing, and addressed to the State of Connecticut, Department of Social Services, Administrative Hearings and Appeals, 25 Sigourney Street, Hartford, CT 06106-5033.

Signature _____    Date _____

PLEASE SEE THE NEXT PAGE FOR MORE INFORMATION ON YOUR HEARING RIGHTS

THIS INFORMATION IS AVAILABLE IN ALTERNATE FORMATS. PHONE (860) 424-5016 OR TDD/TTY (800) 842-4524.

If you have additional questions, please contact your worker.

## YOUR RIGHT TO AN ADMINISTRATIVE HEARING

The Administrative Hearing at the Department is your chance to explain why you disagree with the Department's decision. You must be at the hearing.

At the hearing you can speak for yourself or have a friend or relative speak for you. You can also have an attorney represent you. Free legal help may be available from your local Legal Services office.

For information on legal services call 1-800-453-3320.

W-407
(Rev.10/98)

# ESTADO DE CONNECTICUT
## DEPARTMENTO DE SERVICIOS SOCIALES
25 Sigourney Street Hartford, Connecticut 06106-5033

### SERVICIOS MÉDICOS - NOTIFICACION DE DENEGACIÓN

Nombre del caso: _____    Fecha de Servicio/Petición: _____
   Direccion: _____    Numero del caso: _____
               _____

La solicitud de autorización previa presentada al Departmento de Servicios Sociales, División de Financiamiento de Cuidado de Salud, 25 Sigourney Street, Hartford, CT 06106 por

_____
(Proveedor(a))

para _____
        (Equipo Médico Durable)

ha sido denegada por este Departamento en Cumplimiento de la Sección 17b-262-672 a 17b-262-682, inclusive, de las Regulaciones de las Agencias Estatales de Connecticut porque: Según secciones 17b-265 y 17b-262-526(3). Se requiere que Medicaid sea el pagador de último recurso. Se debe agotar todas las demás coberturas de seguro antes de solicitar el pago de Medicaid.

Como recordatorio, usted continúa teniendo derecho a ejercer su libertad de elección para seleccionar su proveedor de Equipo Médico Duradero. Usted puede pedirle a su proveedor actual o a otro proveedor que presente una nueva solicitud que mencione el (los) problema(s) identificado(s) en la solicitud original como lo describe este aviso.

La(s) regulacion(es) citida(s) pueda que se encuentre(n) en bibliotecas públicas y también esta(n) disponible en el website del Departamento en www.ctmedicalprogram.com. Usted tiene el derecho a revisar su archivo y todos los documentos que el Departmento utilizo en tomar esta acción.

Si usted no está satisfecho con los pasos tomados, usted tiene derecho a apelar y solicitar una Audiencia Administrativa *a dentro de 60 días de la fecha de este aviso*. La solicitud de una Audiencia Administrativa debe hacerse por escrito y dirigida a Audiencias Administrativa y Apelaciones, Departamento de Servicios Sociales del estado de Connecticut, 25 Sigourney Street, Hartford, CT 06106-5033

                     _____    _____
                           Firma                Fecha

**VEA EL DORSO PARA ENTERARSE DE SUS DERECHOS A UNA AUDIENCIA.**

(ESTA INFORMACIÓN ESTÁ DISPONIBLE EN FORMATOS ALTERNOS, TELÉFONO (860) 424-5016 O TDD/TYY (800) 842-4524.)

Si tiene preguntas adicionales, por favor comuníquese con su trabajador.

## SU DERECHO A UNA AUDEIENCIA ADMINISTRATIVA

La Audiencia Administrativa con el Departmento es su oportunidad para explicar porque usted no esta de acuerdo con la decision del Departmento. Usted tiene que asistir a la audiencia.

En la audiencia usted puede hablar por usted mismo o puede traer otra persona, tal como un amigo o un pariente, para hablar por usted. Usted puede tener también a un abogado que lo represente. Ayuda legal gratis puede que sea disponsible de su oficina local de Servicios Legales.

Para información sobre servicios legales llame al 1-800-453-3320.

W-407  
(Rev.10/98)

STATE OF CONNECTICUT  
DEPARTMENT OF SOCIAL SERVICES  
25 Sigourney Street Hartford, Connecticut 06106-5033

Exhibit E

MEDICAL SERVICES - NOTICE OF DENIAL

Case _____  
Address: _____  
_____  
_____

Date of Service/Request: _____  
Case Number: _____

The prior authorization request submitted to the Connecticut Department of Social Services, Division of Health Care Financing, 25 Sigourney Street, Hartford, CT 06106, by _____

(Provider)

for _____

(Durable Medical Equipment)

has been denied by this Department, pursuant to 17b-262-672 to 17b-262-682, inclusive, of the Regulations of Connecticut State Agencies, because:

Per section 17b-262-673(15), medical appropriateness has not been demonstrated. In order to approve your request, the information supplied by your provider about the DME requested must clearly demonstrate how it will appropriately meet your medical needs. Additional information was needed to _____ .

As a reminder, you continue to have the right to exercise your freedom of choice in selecting your Durable Medical Equipment provider. You can ask the current provider or another provider to submit a new request that addresses the problem(s) identified on the original request as described in this notice.

The cited regulation(s) may be available at public libraries and is also available on the Department's website at www.ctmedicalprogram.com. You have the right to review your file and all documents the Department relied upon in taking this action.

If you are not satisfied with the action taken, you have the right to appeal and request an Administrative Hearing *within 60 days from the date of this notice*. A request for an Administrative Hearing must be made in writing, and addressed to the State of Connecticut, Department of Social Services, Administrative Hearings and Appeals, 25 Sigourney Street, Hartford, CT 06106-5033.

_____   _____  
Signature                                                          Date

**PLEASE SEE THE NEXT PAGE FOR MORE INFORMATION ON YOUR HEARING RIGHTS**

THIS INFORMATION IS AVAILABLE IN ALTERNATE FORMATS. PHONE (860) 424-5016 OR TDD/TTY (800) 842-4524.

If you have additional questions, please contact your worker.

## YOUR RIGHT TO AN ADMINISTRATIVE HEARING

The Administrative Hearing at the Department is your chance to explain why you disagree with the Department's decision. You must be at the hearing.

At the hearing you can speak for yourself or have a friend or relative speak for you. You can also have an attorney represent you. Free legal help may be available from your local Legal Services office.

For information on legal services call 1-800-453-3320.

W-407
(Rev.10/98)

ESTADO DE CONNECTICUT
DEPARTMENTO DE SERVICIOS SOCIALES
25 Sigourney Street Hartford, Connecticut 06106-5033

SERVICIOS MÉDICOS - NOTIFICACION DE DENEGACIÓN

Nombre del caso: _____  Fecha de Servicio/Petición: _____
Direccion: _____  Numero del caso: _____
_____
_____

La solicitud de autorización previa presentada al Departamento de Servicios Sociales, División de Financiamiento de Cuidado de Salud, 25 Sigourney Street, Hartford, CT 06106 por

_____
(Proveedor(a))

para _____
(Equipo Médico Durable)

ha sido denegada por este Departamento en Cumplimiento de la Sección 17b-262-672 a 17b-262-682, inclusive, de las Regulaciones de las Agencias Estatales de Connecticut porque: Según sección 17b-262-673(15) no se ha demostrado pertinencia apta médica. Para poder aprobar su solicitud, la información suministrada por su proveedor sobre el Equipo Médico Duradero (DME) solicitado debe demostrar claramente cómo éste satisfacerá sus necesidades médicas. Se necesita información adicional para _____.

Como recordatorio, usted continúa teniendo derecho a ejercer su libertad de elección para seleccionar su proveedor de Equipo Médico Duradero. Usted puede pedirle a su proveedor actual o a otro proveedor que presente una nueva solicitud que mencione el (los) problema(s) identificado(s) en la solicitud original como lo describe este aviso.

La(s) regulacion(es) citada(s) pueda que se encuentre(n) en bibliotecas públicas y también esta(n) disponible en el website del Departamento en www.ctmedicalprogram.com. Usted tiene el derecho a revisar su archivo y todos los documentos que el Departmento utilizo en tomar esta acción.

Si usted no está satisfecho con los pasos tomados, usted tiene derecho a apelar y solicitar una Audiencia Administrativa *a dentro de 60 días de la fecha de este aviso*. La solicitud de una Audiencia Administrativa debe hacerse por escrito y dirigida a Audiencias Administrativa y Apelaciones, Departamento de Servicios Sociales del estado de Connecticut, 25 Sigourney Street, Hartford, CT 06106-5033

_____  _____
Firma                     Fecha

VEA EL DORSO PARA ENTERARSE DE SUS DERECHOS A UNA AUDIENCIA.

(ESTA INFORMACIÓN ESTÁ DISPONIBLE EN FORMATOS ALTERNOS, TELÉFONO (860) 424-5016 O TDD/TYY (800) 842-4524.)

Si tiene preguntas adicionales, por favor comuníquese con su trabajador.

## SU DERECHO A UNA AUDEIENCIA ADMINISTRATIVA

La Audiencia Administrativa con el Departmento es su oportunidad para explicar porque usted no esta de acuerdo con la decision del Departmento. Usted tiene que asistir a la audiencia.

En la audiencia usted puede hablar por usted mismo o puede traer otra persona, tal como un amigo o un pariente, para hablar por usted. Usted puede tener también a un abogado que lo represente. Ayuda legal gratis puede que sea disponible de su oficina local de Servicios Legales.

Para información sobre servicios legales llame al 1-800-453-3320.

W-407
(Rev.10/98)

# STATE OF CONNECTICUT
## DEPARTMENT OF SOCIAL SERVICES
25 Sigourney Street Hartford, Connecticut 06106-5033

Exhibit F

### MEDICAL SERVICES - NOTICE OF DENIAL

Case
Address: _____

Date of Service/Request: _____
Case Number: _____

The prior authorization request submitted to the Connecticut Department of Social Services, Division of Health Care Financing, 25 Sigourney Street, Hartford, CT 06106, by

_____ (Provider)

for _____ (Durable Medical Equipment)

has been denied by this Department, pursuant to 17b-262-672 to 17b-262-682, inclusive, of the Regulations of Connecticut State Agencies, because:

Per section 17b-262-679(b), prior authorization is not required for all durable medical equipment. This item does not require prior authorization from the Department. Only your physician's prescription is required for the provider to obtain this item and deliver it to you.

As a reminder, you continue to have the right to exercise your freedom of choice in selecting your Durable Medical Equipment provider. You can ask the current provider or another provider to submit a new request that addresses the problem(s) identified on the original request as described in this notice.

The cited regulation(s) may be available at public libraries and is also available on the Department's website at www.ctmedicalprogram.com. You have the right to review your file and all documents the Department relied upon in taking this action.

If you are not satisfied with the action taken, you have the right to appeal and request an Administrative Hearing *within 60 days from the date of this notice*. A request for an Administrative Hearing must be made in writing, and addressed to the State of Connecticut, Department of Social Services, Administrative Hearings and Appeals, 25 Sigourney Street, Hartford, CT 06106-5033.

_____  _____
Signature                Date

**PLEASE SEE THE NEXT PAGE FOR MORE INFORMATION ON YOUR HEARING RIGHTS**

THIS INFORMATION IS AVAILABLE IN ALTERNATE FORMATS. PHONE (860) 424-5016 OR TDD/TTY (800) 842-4524.

If you have additional questions, please contact your worker.

## YOUR RIGHT TO AN ADMINISTRATIVE HEARING

The Administrative Hearing at the Department is your chance to explain why you disagree with the Department's decision. You must be at the hearing.

At the hearing you can speak for yourself or have a friend or relative speak for you. You can also have an attorney represent you. Free legal help may be available from your local Legal Services office.

For information on legal services call 1-800-453-3320.

W-407  
(Rev.10/98)

# ESTADO DE CONNECTICUT
### DEPARTMENTO DE SERVICIOS SOCIALES
25 Sigourney Street Hartford, Connecticut 06106-5033

### SERVICIOS MÉDICOS - NOTIFICACION DE DENEGACIÓN

Nombre del caso: _____   Fecha de Servicio/Petición: _____  
    Direccion: _____   Numero del caso: _____  
_____  
_____

La solicitud de autorización previa presentada al Departmento de Servicios Sociales, División de Financiamiento de Cuidado de Salud, 25 Sigourney Street, Hartford, CT 06106 por

_____  
(Proveedor(a))

para _____  
(Equipo Médico Durable)

ha sido denegada por este Departamento en Cumplimiento de la Sección 17b-262-672 a 17b-262-682, inclusive, de las Regulaciones de las Agencias Estatales de Connecticut porque: Según sección 17b-262-679(b), autorización previa no se requiere por todo equipo médico durable. Este artículo no requiere de autorización previa del Departamento. Sólo se necesita la receta de su médico para que el proveedor obtenga este artículo y se lo entregue a usted.

Como recordatorio, usted continúa teniendo derecho a ejercer su libertad de elección para seleccionar su proveedor de Equipo Médico Duradero. Usted puede pedirle a su proveedor actual o a otro proveedor que presente una nueva solicitud que mencione el (los) problema(s) identificado(s) en la solicitud original como lo describe este aviso.

La(s) regulacion(es) citada(s) pueda que se encuentre(n) en bibliotecas públicas y también esta(n) disponible en el website del Departamento en www.ctmedicalprogram.com. Usted tiene el derecho a revisar su archivo y todos los documentos que el Departmento utilizo en tomar esta acción.

Si usted no está satisfecho con los pasos tomados, usted tiene derecho a apelar y solicitar una Audiencia Administrativa *a dentro de 60 días de la fecha de este aviso*. La solicitud de una Audiencia Administrativa debe hacerse por escrito y dirigida a Audiencias Administrativa y Apelaciones, Departamento de Servicios Sociales del estado de Connecticut, 25 Sigourney Street, Hartford, CT 06106-5033

_____   _____  
        Firma                             Fecha

**VEA EL DORSO PARA ENTERARSE DE SUS DERECHOS A UNA AUDIENCIA.**

(ESTA INFORMACIÓN ESTÁ DISPONIBLE EN FORMATOS ALTERNOS, TELÉFONO (860) 424-5016 O TDD/TYY (800) 842-4524.)

Si tiene preguntas adicionales, por favor comuníquese con su trabajador.

## SU DERECHO A UNA AUDEIENCIA ADMINISTRATIVA

La Audiencia Administrativa con el Departmento es su oportunidad para explicar porque usted no esta de acuerdo con la decision del Departmento. Usted tiene que asistir a la audiencia.

En la audiencia usted puede hablar por usted mismo o puede traer otra persona, tal como un amigo o un pariente, para hablar por usted. Usted puede tener también a un abogado que lo represente. Ayuda legal gratis puede que sea disponible de su oficina local de Servicios Legales.

Para información sobre servicios legales llame al 1-800-453-3320.

W-407
(Rev.10/98)

Exhibit G

**STATE OF CONNECTICUT**
DEPARTMENT OF SOCIAL SERVICES
25 Sigourney Street Hartford, Connecticut 06106-5033

MEDICAL SERVICES - NOTICE OF DENIAL

Case _____
Address: _____
_____
_____

Date of Service/Request: _____
Case Number: _____

The prior authorization request submitted to the Connecticut Department of Social Services, Division of Health Care Financing, 25 Sigourney Street, Hartford, CT 06106, by

_____
(Provider)

for _____
(Durable Medical Equipment)

has been denied by this Department, pursuant to 17b-262-672 to 17b-262-682, inclusive, of the Regulations of Connecticut State Agencies, because:

Per section 17b-262-673(20), your provider must comply with prior authorization requirements. In order to approve your request, the information we get from your provider must show that other equipment that we pay for is not adequate to meet your medical needs. If you submit your request again, the following information will help us review your request: _____.

As a reminder, you continue to have the right to exercise your freedom of choice in selecting your Durable Medical Equipment provider. You can ask the current provider or another provider to submit a new request that addresses the problem(s) identified on the original request as described in this notice.

The cited regulation(s) may be available at public libraries and is also available on the Department's website at www.ctmedicalprogram.com. You have the right to review your file and all documents the Department relied upon in taking this action.

If you are not satisfied with the action taken, you have the right to appeal and request an Administrative Hearing *within 60 days from the date of this notice*. A request for an Administrative Hearing must be made in writing, and addressed to the State of Connecticut, Department of Social Services, Administrative Hearings and Appeals, 25 Sigourney Street, Hartford, CT 06106-5033.

_____  _____
Signature                        Date

**PLEASE SEE THE NEXT PAGE FOR MORE INFORMATION ON YOUR HEARING RIGHTS**

THIS INFORMATION IS AVAILABLE IN ALTERNATE FORMATS. PHONE (860) 424-5016 OR TDD/TTY (800) 842-4524.

If you have additional questions, please contact your worker.

## YOUR RIGHT TO AN ADMINISTRATIVE HEARING

The Administrative Hearing at the Department is your chance to explain why you disagree with the Department's decision. You must be at the hearing.

At the hearing you can speak for yourself or have a friend or relative speak for you. You can also have an attorney represent you. Free legal help may be available from your local Legal Services office.

For information on legal services call 1-800-453-3320.

W-407
(Rev.10/98)

# ESTADO DE CONNECTICUT
## DEPARTMENTO DE SERVICIOS SOCIALES
25 Sigourney Street Hartford, Connecticut 06106-5033

### SERVICIOS MÉDICOS - NOTIFICACION DE DENEGACIÓN

Nombre del caso: _____    Fecha de Servicio/Petición: _____
Direccion: _____           Numero del caso: _____
_____
_____

La solicitud de autorización previa presentada al Departmento de Servicios Sociales, División de Financiamiento de Cuidado de Salud, 25 Sigourney Street, Hartford, CT 06106 por

_____
(Proveedor(a))

para _____
(Equipo Médico Durable)

ha sido denegada por este Departamento en Cumplimiento de la Sección 17b-262-672 a 17b-262-682, inclusive, de las Regulaciones de las Agencias Estatales de Connecticut porque: Según sección 17b-262-673(20), su proveedor tiene que cumplir con requisitos de autorización previa. Para poder aprobar su solicitud, la información que obtengamos de su proveedor debe mostrar que el otro equipo que pagamos no es el adecuado para satisfacer sus necesidades médicas. Si usted vuelve a presentar su solicitud, la siguiente información nos ayudará a revisar su solicitud: _____.

Como recordatorio, usted continúa teniendo derecho a ejercer su libertad de elección para seleccionar su proveedor de Equipo Médico Duradero. Usted puede pedirle a su proveedor actual o a otro proveedor que presente una nueva solicitud que mencione el (los) problema(s) identificado(s) en la solicitud original como lo describe este aviso.

La(s) regulacion(es) citida(s) pueda que se encuentre(n) en bibliotecas públicas y también esta(n) disponible en el website del Departamento en www.ctmedicalprogram.com. Usted tiene el derecho a revisar su archivo y todos los documentos que el Departmento utilizo en tomar esta acción.

Si usted no está satisfecho con los pasos tomados, usted tiene derecho a apelar y solicitar una Audiencia Administrativa *a dentro de 60 días de la fecha de este aviso*. La solicitud de una Audiencia Administrativa debe hacerse por escrito y dirigida a Audiencias Administrativa y Apelaciones, Departamento de Servicios Sociales del estado de Connecticut, 25 Sigourney Street, Hartford, CT 06106-5033

_____    _____
Firma                      Fecha

**VEA EL DORSO PARA ENTERARSE DE SUS DERECHOS A UNA AUDIENCIA.**

(ESTA INFORMACIÓN ESTÁ DISPONIBLE EN FORMATOS ALTERNOS, TELÉFONO (860) 424-5016 O TDD/TYY (800) 842-4524.)

Si tiene preguntas adicionales, por favor comuníquese con su trabajador.

## SU DERECHO A UNA AUDEIENCIA ADMINISTRATIVA

La Audiencia Administrativa con el Departmento es su oportunidad para explicar porque usted no esta de acuerdo con la decision del Departmento. Usted tiene que asistir a la audiencia.

En la audiencia usted puede hablar por usted mismo o puede traer otra persona, tal como un amigo o un pariente, para hablar por usted. Usted puede tener también a un abogado que lo represente. Ayuda legal gratis puede que sea disponible de su oficina local de Servicios Legales.

Para información sobre servicios legales llame al 1-800-453-3320.