W-407
(Rev.10/98)

# STATE OF CONNECTICUT
## DEPARTMENT OF SOCIAL SERVICES
25 Sigourney Street Hartford, Connecticut 06106-5033

Exhibit H

### MEDICAL SERVICES - NOTICE OF DENIAL

Case Address: _____

Date of Service/Request: _____

Case Number: _____

The prior authorization request submitted to the Connecticut Department of Social Services, Division of Health Care Financing, 25 Sigourney Street, Hartford, CT 06106, by

_____
(Provider)

for _____
(Durable Medical Equipment)

has been denied by this Department, pursuant to 17b-262-672 to 17b-262-682, inclusive, of the Regulations of Connecticut State Agencies, because:

Per sections 17b-262-676(a)(2) and (b)(2) and sections 17b-134d-46(m) and (n) of the Regulations of Connecticut State Agencies, the information provided does not meet all requirements for approval of a customized wheelchair for a patient in a nursing facility or ICF/MR. In order for us to approve your request, the information supplied by your provider must include a form W628, a physiatry or orthopedic evaluation report, an attending physician's examination report, and an OT or PT report. If you submit your request again, we need at _____.

As a reminder, you continue to have the right to exercise your freedom of choice in selecting your Durable Medical Equipment provider. You can ask the current provider or another provider to submit a new request that addresses the problem(s) identified on the original request as described in this notice.

The cited regulation(s) may be available at public libraries and is also available on the Department's website at www.ctmedicalprogram.com. You have the right to review your file and all documents the Department relied upon in taking this action.

If you are not satisfied with the action taken, you have the right to appeal and request an Administrative Hearing *within 60 days from the date of this notice*. A request for an Administrative Hearing must be made in writing, and addressed to the State of Connecticut, Department of Social Services, Administrative Hearings and Appeals, 25 Sigourney Street, Hartford, CT 06106-5033.

Signature _____  Date _____

**PLEASE SEE THE NEXT PAGE FOR MORE INFORMATION ON YOUR HEARING RIGHTS**

**THIS INFORMATION IS AVAILABLE IN ALTERNATE FORMATS. PHONE (860) 424-5016 OR TDD/TTY (800) 842-4524.**

If you have additional questions, please contact your worker.

## YOUR RIGHT TO AN ADMINISTRATIVE HEARING

The Administrative Hearing at the Department is your chance to explain why you disagree with the Department's decision. You must be at the hearing.

At the hearing you can speak for yourself or have a friend or relative speak for you. You can also have an attorney represent you. Free legal help may be available from your local Legal Services office.

For information on legal services call 1-800-453-3320.

W-407
(Rev.10/98)

ESTADO DE CONNECTICUT
DEPARTMENTO DE SERVICIOS SOCIALES
25 Sigourney Street Hartford, Connecticut 06106-5033

SERVICIOS MÉDICOS - NOTIFICACION DE DENEGACIÓN

Nombre del caso: _____   Fecha de Servicio/Petición: _____
    Direccion: _____      Numero del caso: _____
              _____
              _____

La solicitud de autorización previa presentada al Departamento de Servicios Sociales, División de Financiamiento de Cuidado de Salud, 25 Sigourney Street, Hartford, CT 06106 por

_____
(Proveedor(a))

para _____
           (Equipo Médico Durable)

ha sido denegada por este Departamento en Cumplimiento de la Sección 17b-262-672 a 17b-262-682, inclusive, de las Regulaciones de las Agencias Estatales de Connecticut porque: Según secciones 17b-262-676(a)(2) y (b)(2) y secciones 17-134d-46(m) y (n) de las Regulaciones de las Agencias Estatales de Connecticut la información provedia no cumple con todos los requisitos para aprobación de un sillón de rueda adaptada para un paciente en una clínica o ICF/MR. Para poder aprobar su solicitud, la información suministrada por su proveedor debe incluir la forma W628, un reporte de evaluación fisiátrica u ortopédica, un reporte de examen del médico que lo atiende y un reporte de OT o PT. Si usted vuelve a presentar su solicitud, necesitamos _____.

Como recordatorio, usted continúa teniendo derecho a ejercer su libertad de elección para seleccionar su proveedor de Equipo Médico Duradero. Usted puede pedirle a su proveedor actual o a otro proveedor que presente una nueva solicitud que mencione el (los) problema(s) identificado(s) en la solicitud original como lo describe este aviso.

La(s) regulacion(es) citada(s) pueda que se encuentre(n) en bibliotecas públicas y también esta(n) disponible en el website del Departamento en www.ctmedicalprogram.com. Usted tiene el derecho a revisar su archivo y todos los documentos que el Departament utilizo en tomar esta acción.

Si usted no está satisfecho con los pasos tomados, usted tiene derecho a apelar y solicitar una Audiencia Administrativa *a dentro de 60 días de la fecha de este aviso*. La solicitud de una Audiencia Administrativa debe hacerse por escrito y dirigida a Audiencias Administrativa y Apelaciones, Departamento de Servicios Sociales del estado de Connecticut, 25 Sigourney Street, Hartford, CT 06106-5033

_____   _____
      Firma              Fecha

**VEA EL DORSO PARA ENTERARSE DE SUS DERECHOS A UNA AUDIENCIA.**

**(ESTA INFORMACIÓN ESTÁ DISPONIBLE EN FORMATOS ALTERNOS, TELÉFONO (860) 424-5016 O TDD/TYY (800) 842-4524.)**

Si tiene preguntas adicionales, por favor comuníquese con su trabajador.

## SU DERECHO A UNA AUDEIENCIA ADMINISTRATIVA

La Audiencia Administrativa con el Departmento es su oportunidad para explicar porque usted no esta de acuerdo con la decision del Departmento. Usted tiene que asistir a la audiencia.

En la audiencia usted puede hablar por usted mismo o puede traer otra persona, tal como un amigo o un pariente, para hablar por usted. Usted puede tener también a un abogado que lo represente. Ayuda legal gratis puede que sea disponible de su oficina local de Servicios Legales.

Para información sobre servicios legales llame al 1-800-453-3320.

W-407
(Rev.10/98)

STATE OF CONNECTICUT
DEPARTMENT OF SOCIAL SERVICES
25 Sigourney Street Hartford, Connecticut 06106-5033

Exhibit I

MEDICAL SERVICES - NOTICE OF DENIAL

Case
Address: _____

Date of Service/Request: _____
Case Number: _____

The prior authorization request submitted to the Connecticut Department of Social Services, Division of Health Care Financing, 25 Sigourney Street, Hartford, CT 06106, by

_____
(Provider)

for _____
(Durable Medical Equipment)

has been denied by this Department, pursuant to 17b-262-672 to 17b-262-682, inclusive, of the Regulations of Connecticut State Agencies, because:

Per sections 17b-262-673(20), 17b-262-676(4), 17b-262-678(a)-(c), inclusive, and 17b-262-678(f), in order to approve your request for prior authorization, all of the required information blanks must be filled in with the current information. If this request is submitted again, this information will need to be provided by the provider.

As a reminder, you continue to have the right to exercise your freedom of choice in selecting your Durable Medical Equipment provider. You can ask the current provider or another provider to submit a new request that addresses the problem(s) identified on the original request as described in this notice.

The cited regulation(s) may be available at public libraries and is also available on the Department's website at www.ctmedicalprogram.com. You have the right to review your file and all documents the Department relied upon in taking this action.

If you are not satisfied with the action taken, you have the right to appeal and request an Administrative Hearing *within 60 days from the date of this notice*. A request for an Administrative Hearing must be made in writing, and addressed to the State of Connecticut, Department of Social Services, Administrative Hearings and Appeals, 25 Sigourney Street, Hartford, CT 06106-5033.

_____    _____
Signature                              Date

**PLEASE SEE THE NEXT PAGE FOR MORE INFORMATION ON YOUR HEARING RIGHTS**

THIS INFORMATION IS AVAILABLE IN ALTERNATE FORMATS. PHONE (860) 424-5016 OR TDD/TTY (800) 842-4524.

If you have additional questions, please contact your worker.

# YOUR RIGHT TO AN ADMINISTRATIVE HEARING

The Administrative Hearing at the Department is your chance to explain why you disagree with the Department's decision. You must be at the hearing.

At the hearing you can speak for yourself or have a friend or relative speak for you. You can also have an attorney represent you. Free legal help may be available from your local Legal Services office.

For information on legal services call 1-800-453-3320.

W-407
(Rev.10/98)

# ESTADO DE CONNECTICUT
## DEPARTMENTO DE SERVICIOS SOCIALES
25 Sigourney Street Hartford, Connecticut 06106-5033

### SERVICIOS MÉDICOS - NOTIFICACION DE DENEGACION

Nombre del caso: _____     Fecha de Servicio/Petición: _____
    Direccion: _____
                                                Numero del caso: _____

La solicitud de autorización previa presentada al Departmento de Servicios Sociales, División de Financiamiento de Cuidado de Salud, 25 Sigourney Street, Hartford, CT 06106 por

_____
(Proveedor(a))

para _____
(Equipo Médico Durable)

ha sido denegada por este Departamento en Cumplimiento de la Sección 17b-262-672 a 17b-262-682, inclusive, de las Regulaciones de las Agencias Estatales de Connecticut porque: Según secciones 17b-262-673(20), 17b-262-676(4), 17b-262-678(a)-(c), y 17b-262-678(f), para poder aprobar su solicitud de una autorización previa, debe llenar todos los espacios en blanco de información requerida con datos actuales. Si esta solicitud se presenta de nuevo, esta información deberá darla el proveedor.

Como recordatorio, usted continúa teniendo derecho a ejercer su libertad de elección para seleccionar su proveedor de Equipo Médico Duradero. Usted puede pedirle a su proveedor actual o a otro proveedor que presente una nueva solicitud que mencione el (los) problema(s) identificado(s) en la solicitud original como lo describe este aviso.

La(s) regulacion(es) citida(s) pueda que se encuentre(n) en bibliotecas públicas y también esta(n) disponible en el website del Departamento en www.ctmedicalprogram.com. Usted tiene el derecho a revisar su archivo y todos los documentos que el Departmento utilizo en tomar esta acción.

Si usted no está satisfecho con los pasos tomados, usted tiene derecho a apelar y solicitar una Audiencia Administrativa *a dentro de 60 días de la fecha de este aviso*. La solicitud de una Audiencia Administrativa debe hacerse por escrito y dirigida a Audiencias Administrativa y Apelaciones, Departamento de Servicios Sociales del estado de Connecticut, 25 Sigourney Street, Hartford, CT 06106-5033

_____   _____
              Firma                          Fecha

**VEA EL DORSO PARA ENTERARSE DE SUS DERECHOS A UNA AUDIENCIA.**

(ESTA INFORMACIÓN ESTÁ DISPONIBLE EN FORMATOS ALTERNOS, TELÉFONO (860) 424-5016 O TDD/TYY (800) 842-4524.)

Si tiene preguntas adicionales, por favor comuníquese con su trabajador.

## SU DERECHO A UNA AUDEIENCIA ADMINISTRATIVA

La Audiencia Administrativa con el Departmento es su oportunidad para explicar porque usted no esta de acuerdo con la decision del Departmento. Usted tiene que asistir a la audiencia.

En la audiencia usted puede hablar por usted mismo o puede traer otra persona, tal como un amigo o un pariente, para hablar por usted. Usted puede tener también a un abogado que lo represente. Ayuda legal gratis puede que sea disponible de su oficina local de Servicios Legales.

Para información sobre servicios legales llame al 1-800-453-3320.

W-407
(Rev.10/98)

**STATE OF CONNECTICUT**
**DEPARTMENT OF SOCIAL SERVICES**
25 Sigourney Street Hartford, Connecticut 06106-5033

Exhibit J

MEDICAL SERVICES - NOTICE OF DENIAL

Case _____      Date of Service/Request: _____
Address: _____      Case Number: _____
_____
_____

The prior authorization request submitted to the Connecticut Department of Social Services, Division of Health Care Financing, 25 Sigourney Street, Hartford, CT 06106, by

_____
(Provider)

for _____
       (Durable Medical Equipment)

has been denied by this Department, pursuant to 17b-262-672 to 17b-262-682, inclusive, of the Regulations of Connecticut State Agencies, because:

Per Section 17b-262-673(8)(definitions), the requested item does not meet the Department's definition of "durable medical equipment." In order to meet the Department's definition, an item must meet all of the following four conditions. The item requested does not meet the condition(s) circled: 1) equipment that can stand repeated use; 2) primarily and customarily used to serve a medical purpose; 3) generally not useful to a person in the absence of illness or injury; and 4) not disposable.

As a reminder, you continue to have the right to exercise your freedom of choice in selecting your Durable Medical Equipment provider. You can ask the current provider or another provider to submit a new request that addresses the problem(s) identified on the original request as described in this notice.

The cited regulation(s) may be available at public libraries and is also available on the Department's website at www.ctmedicalprogram.com. You have the right to review your file and all documents the Department relied upon in taking this action.

If you are not satisfied with the action taken, you have the right to appeal and request an Administrative Hearing **within 60 days from the date of this notice**. A request for an Administrative Hearing must be made in writing, and addressed to the State of Connecticut, Department of Social Services, Administrative Hearings and Appeals, 25 Sigourney Street, Hartford, CT 06106-5033.

_____        _____
         Signature                         Date

**PLEASE SEE THE NEXT PAGE FOR MORE INFORMATION ON YOUR HEARING RIGHTS**

THIS INFORMATION IS AVAILABLE IN ALTERNATE FORMATS. PHONE (860) 424-5016 OR TDD/TTY (800) 842-4524.

If you have additional questions, please contact your worker.

## YOUR RIGHT TO AN ADMINISTRATIVE HEARING

The Administrative Hearing at the Department is your chance to explain why you disagree with the Department's decision. You must be at the hearing.

At the hearing you can speak for yourself or have a friend or relative speak for you. You can also have an attorney represent you. Free legal help may be available from your local Legal Services office.

For information on legal services call 1-800-453-3320.

W-407
(Rev.10/98)

ESTADO DE CONNECTICUT
DEPARTMENTO DE SERVICIOS SOCIALES
25 Sigourney Street Hartford, Connecticut 06106-5033

SERVICIOS MÉDICOS - NOTIFICACION DE DENEGACIÓN

Nombre del caso: _____    Fecha de Servicio/Petición: _____
      Direccion: _____          Numero del caso: _____
                 _____
                 _____
                 _____

La solicitud de autorización previa presentada al Departamento de Servicios Sociales, División de Financiamiento de Cuidado de Salud, 25 Sigourney Street, Hartford, CT 06106 por

_____
                              (Proveedor(a))

para _____
              (Equipo Médico Durable)

ha sido denegada por este Departamento en Cumplimiento de la Sección 17b-262-672 a 17b-262-682, inclusive, de las Regulaciones de las Agencias Estatales de Connecticut porque: Según sección 17b-262-673(8)( definiciones), el artículo solicitado no satisface la definicíon del Departamento con respecto a "equipo médico durable." Para satisfacer la definición del Departamento, un artículo tiene que cumplir todas las cuatro condíciones siguientes. El artículo solicitado para usted no cumple con la(s) condicion(es) circule(s) abajo. El Equipo Médico Duradero, es: 1) el equipo que: puede soportar uso repetido; 2) se usa primaria y acostumbradamente para servir a un fin médico; 3) generalmente no es útil para una persona sin enfermedad o lesión; 4) o es desechable.

Como recordatorio, usted continúa teniendo derecho a ejercer su libertad de elección para seleccionar su proveedor de Equipo Médico Duradero. Usted puede pedirle a su proveedor actual o a otro proveedor que presente una nueva solicitud que mencione el (los) problema(s) identificado(s) en la solicitud original como lo describe este aviso.

La(s) regulacion(es) citida(s) pueda que se encuentre(n) en bibliotecas públicas y también esta(n) disponible en el website del Departamento en www.ctmedicalprogram.com. Usted tiene el derecho a revisar su archivo y todos los documentos que el Departmento utilizo en tomar esta acción.

Si usted no está satisfecho con los pasos tomados, usted tiene derecho a apelar y solicitar una Audiencia Administrativa *a dentro de 60 días de la fecha de este aviso*. La solicitud de una Audiencia Administrativa debe hacerse por escrito y dirigida a Audiencias Administrativa y Apelaciones, Departamento de Servicios Sociales del estado de Connecticut, 25 Sigourney Street, Hartford, CT 06106-5033

_____    _____
         Firma                      Fecha

**VEA EL DORSO PARA ENTERARSE DE SUS DERECHOS A UNA AUDIENCIA.**

(ESTA INFORMACIÓN ESTÁ DISPONIBLE EN FORMATOS ALTERNOS, TELÉFONO (860) 424-5016 O TDD/TYY (800) 842-4524.)

Si tiene preguntas adicionales, por favor comuníquese con su trabajador.

## SU DERECHO A UNA AUDEIENCIA ADMINISTRATIVA

La Audiencia Administrativa con el Departmento es su oportunidad para explicar porque usted no esta de acuerdo con la decision del Departmento. Usted tiene que asistir a la audiencia.

En la audiencia usted puede hablar por usted mismo o puede traer otra persona, tal como un amigo o un pariente, para hablar por usted. Usted puede tener también a un abogado que lo represente. Ayuda legal gratis puede que sea disponible de su oficina local de Servicios Legales.

Para información sobre servicios legales llame al 1-800-453-3320.

W-407
(Rev.10/98)

# STATE OF CONNECTICUT
## DEPARTMENT OF SOCIAL SERVICES
25 Sigourney Street Hartford, Connecticut 06106-5033

### MEDICAL SERVICES - NOTICE OF DENIAL

Case Address: _____

Date of Service/Request: _____
Case Number: _____

The prior authorization request submitted to the Connecticut Department of Social Services, Division of Health Care Financing, 25 Sigourney Street, Hartford, CT 06106, by

_____
(Provider)

for _____
(Durable Medical Equipment)

has been denied by this Department, pursuant to 17b-262-672 to 17b-262-682, inclusive, of the Regulations of Connecticut State Agencies, because:

Per sections 17b-262-672, 17b-262-673(2), 17b-262-673(16) and 17b-262-675, you were not eligible for Medicaid at the time of your request.

As a reminder, you continue to have the right to exercise your freedom of choice in selecting your Durable Medical Equipment provider. You can ask the current provider or another provider to submit a new request that addresses the problem(s) identified on the original request as described in this notice.

The cited regulation(s) may be available at public libraries and is also available on the Department's website at www.ctmedicalprogram.com. You have the right to review your file and all documents the Department relied upon in taking this action.

If you are not satisfied with the action taken, you have the right to appeal and request an Administrative Hearing *within 60 days from the date of this notice*. A request for an Administrative Hearing must be made in writing, and addressed to the State of Connecticut, Department of Social Services, Administrative Hearings and Appeals, 25 Sigourney Street, Hartford, CT 06106-5033.

_____    _____
Signature                      Date

**PLEASE SEE THE NEXT PAGE FOR MORE INFORMATION ON YOUR HEARING RIGHTS**

THIS INFORMATION IS AVAILABLE IN ALTERNATE FORMATS. PHONE (860) 424-5016 OR TDD/TTY (800) 842-4524.

If you have additional questions, please contact your worker.

**YOUR RIGHT TO AN ADMINISTRATIVE HEARING**

The Administrative Hearing at the Department is your chance to explain why you disagree with the Department's decision. You must be at the hearing.

At the hearing you can speak for yourself or have a friend or relative speak for you. You can also have an attorney represent you. Free legal help may be available from your local Legal Services office.

For information on legal services call 1-800-453-3320.

W-407
(Rev.10/98)

# ESTADO DE CONNECTICUT
## DEPARTMENTO DE SERVICIOS SOCIALES
25 Sigourney Street Hartford, Connecticut 06106-5033

### SERVICIOS MÉDICOS - NOTIFICACION DE DENEGACIÓN

Nombre del caso: _____    Fecha de Servicio/Petición: _____

Direccion: _____    Numero del caso: _____

_____

_____

La solicitud de autorización previa presentada al Departmento de Servicios Sociales, División de Financiamiento de Cuidado de Salud, 25 Sigourney Street, Hartford, CT 06106 por

_____
(Proveedor(a))

para

_____
(Equipo Médico Durable)

ha sido denegada por este Departamento en Cumplimiento de la Sección 17b-262-672 a 17b-262-682, inclusive, de las Regulaciones de las Agencias Estatales de Connecticut porque: Según secciones 17b-262-672, 17b-262-673(2), 17b-262-673(16) y 17b-262-675, usted no fue elegible para Medicaid al momento de su solicitud.

Como recordatorio, usted continúa teniendo derecho a ejercer su libertad de elección para seleccionar su proveedor de Equipo Médico Duradero. Usted puede pedirle a su proveedor actual o a otro proveedor que presente una nueva solicitud que mencione el (los) problema(s) identificado(s) en la solicitud original como lo describe este aviso.

La(s) regulacion(es) citada(s) pueda que se encuentre(n) en bibliotecas públicas y también esta(n) disponible en el website del Departamento en www.ctmedicalprogram.com. Usted tiene el derecho a revisar su archivo y todos los documentos que el Departmento utilizo en tomar esta acción.

Si usted no está satisfecho con los pasos tomados, usted tiene derecho a apelar y solicitar una Audiencia Administrativa *a dentro de 60 días de la fecha de este aviso*. La solicitud de una Audiencia Administrativa debe hacerse por escrito y dirigida a Audiencias Administrativa y Apelaciones, Departamento de Servicios Sociales del estado de Connecticut, 25 Sigourney Street, Hartford, CT 06106-5033

_____    _____
Firma                          Fecha

**VEA EL DORSO PARA ENTERARSE DE SUS DERECHOS A UNA AUDIENCIA.**

(ESTA INFORMACIÓN ESTÁ DISPONIBLE EN FORMATOS ALTERNOS, TELÉFONO (860) 424-5016 O TDD/TYY (800) 842-4524.)

Si tiene preguntas adicionales, por favor comuníquese con su trabajador.

## SU DERECHO A UNA AUDEIENCIA ADMINISTRATIVA

La Audiencia Administrativa con el Departmento es su oportunidad para explicar porque usted no esta de acuerdo con la decision del Departmento. Usted tiene que asistir a la audiencia.

En la audiencia usted puede hablar por usted mismo o puede traer otra persona, tal como un amigo o un pariente, para hablar por usted. Usted puede tener también a un abogado que lo represente. Ayuda legal gratis puede que sea disponible de su oficina local de Servicios Legales.

Para información sobre servicios legales llame al 1-800-453-3320.