W-407 (Rev.10/98)

Exhibit L

# STATE OF CONNECTICUT
## DEPARTMENT OF SOCIAL SERVICES
25 Sigourney Street Hartford, Connecticut 06106-5033

### MEDICAL SERVICES - NOTICE OF DENIAL

Case Address: _____

Date of Service/Request: _____
Case Number: _____

The prior authorization request submitted to the Connecticut Department of Social Services, Division of Health Care Financing, 25 Sigourney Street, Hartford, CT 06106, by _____ (Provider)

for _____ (Durable Medical Equipment)

has been denied by this Department, pursuant to 17b-262-672 to 17b-262-682, inclusive, of the Regulations of Connecticut State Agencies, because:

Per Connecticut General Statutes section 17b-266(b), you are enrolled in managed care and therefore not eligible for coverage under the fee for service reimbursement system.

As a reminder, you continue to have the right to exercise your freedom of choice in selecting your Durable Medical Equipment provider. You can ask the current provider or another provider to submit a new request that addresses the problem(s) identified on the original request as described in this notice.

The cited regulation(s) may be available at public libraries and is also available on the Department's website at www.ctmedicalprogram.com. You have the right to review your file and all documents the Department relied upon in taking this action.

If you are not satisfied with the action taken, you have the right to appeal and request an Administrative Hearing *within 60 days from the date of this notice*. A request for an Administrative Hearing must be made in writing, and addressed to the State of Connecticut, Department of Social Services, Administrative Hearings and Appeals, 25 Sigourney Street, Hartford, CT 06106-5033.

_____  _____
Signature                Date

**PLEASE SEE THE NEXT PAGE FOR MORE INFORMATION ON YOUR HEARING RIGHTS**

THIS INFORMATION IS AVAILABLE IN ALTERNATE FORMATS. PHONE (860) 424-5016 OR TDD/TTY (800) 842-4524.

If you have additional questions, please contact your worker.

## YOUR RIGHT TO AN ADMINISTRATIVE HEARING

The Administrative Hearing at the Department is your chance to explain why you disagree with the Department's decision. You must be at the hearing.

At the hearing you can speak for yourself or have a friend or relative speak for you. You can also have an attorney represent you. Free legal help may be available from your local Legal Services office.

For information on legal services call 1-800-453-3320.

W-407
(Rev.10/98)

E S T A D O   D E   C O N N E C T I C U T
DEPARTMENTO DE SERVICIOS SOCIALES
25 Sigourney Street Hartford, Connecticut 06106-5033

SERVICIOS MÉDICOS - NOTIFICACION DE DENEGACIÓN

Nombre del caso: _____   Fecha de Servicio/Petición: _____
    Direccion: _____   Numero del caso: _____
                 _____
                  _____

La solicitud de autorización previa presentada al Departamento de Servicios Sociales, División de Financiamiento de Cuidado de Salud, 25 Sigourney Street, Hartford, CT 06106 por

_____
(Proveedor(a))

para _____
(Equipo Médico Durable)

ha sido denegada por este Departamento en Cumplimiento de la Sección 17b-262-672 a 17b-262-682, inclusive, de las Regulaciones de las Agencias Estatales de Connecticut porque: Según sección 17b-266(b), usted está inscrito en atención administrada y por lo tanto no es elegible para cobertura bajo el sistema de cuota para reembolso.

Como recordatorio, usted continúa teniendo derecho a ejercer su libertad de elección para seleccionar su proveedor de Equipo Médico Duradero. Usted puede pedirle a su proveedor actual o a otro proveedor que presente una nueva solicitud que mencione el (los) problema(s) identificado(s) en la solicitud original como lo describe este aviso.

La(s) regulacion(es) citida(s) pueda que se encuentre(n) en bibliotecas públicas y también esta(n) disponible en el website del Departamento en www.ctmedicalprogram.com. Usted tiene el derecho a revisar su archivo y todos los documentos que el Departmento utilizo en tomar esta acción.

Si usted no está satisfecho con los pasos tomados, usted tiene derecho a apelar y solicitar una Audiencia Administrativa *a dentro de 60 días de la fecha de este aviso*. La solicitud de una Audiencia Administrativa debe hacerse por escrito y dirigida a Audiencias Administrativa y Apelaciones, Departamento de Servicios Sociales del estado de Connecticut, 25 Sigourney Street, Hartford, CT 06106-5033

_____  _____
Firma                    Fecha

**VEA EL DORSO PARA ENTERARSE DE SUS DERECHOS A UNA AUDIENCIA.**

(ESTA INFORMACIÓN ESTÁ DISPONIBLE EN FORMATOS ALTERNOS, TELÉFONO (860) 424-5016 O TDD/TYY (800) 842-4524.)

Si tiene preguntas adicionales, por favor comuníquese con su trabajador.

## SU DERECHO A UNA AUDEIENCIA ADMINISTRATIVA

La Audiencia Administrativa con el Departmento es su oportunidad para explicar porque usted no esta de acuerdo con la decision del Departmento. Usted tiene que asistir a la audiencia.

En la audiencia usted puede hablar por usted mismo o puede traer otra persona, tal como un amigo o un pariente, para hablar por usted. Usted puede tener también a un abogado que lo represente. Ayuda legal gratis puede que sea disponible de su oficina local de Servicios Legales.

Para información sobre servicios legales llame al 1-800-453-3320.

# STATE OF CONNECTICUT
## DEPARTMENT OF SOCIAL SERVICES
25 Sigourney Street Hartford, Connecticut 06106-5033

### MEDICAL SERVICES - NOTICE OF DENIAL

Case
Address: _____

Date of Service/Request: _____
Case Number: _____

The prior authorization request submitted to the Connecticut Department of Social Services, Division of Health Care Financing, 25 Sigourney Street, Hartford, CT 06106, by

_____ (Provider)

for _____ (Durable Medical Equipment)

has been denied by this Department, pursuant to 17b-262-672 to 17b-262-682, inclusive, of the Regulations of Connecticut State Agencies, because:

Per section 17b-262-678(d), your provider has submitted a non-urgent request for Durable Medical Equipment via facsimile (FAX machine). Per section 17b-262-678(d), your provider must submit non-urgent prior authorization requests by mail.

As a reminder, you continue to have the right to exercise your freedom of choice in selecting your Durable Medical Equipment provider. You can ask the current provider or another provider to submit a new request that addresses the problem(s) identified on the original request as described in this notice.

The cited regulation(s) may be available at public libraries and is also available on the Department's website at www.ctmedicalprogram.com. You have the right to review your file and all documents the Department relied upon in taking this action.

If you are not satisfied with the action taken, you have the right to appeal and request an Administrative Hearing ***within 60 days from the date of this notice***. A request for an Administrative Hearing must be made in writing, and addressed to the State of Connecticut, Department of Social Services, Administrative Hearings and Appeals, 25 Sigourney Street, Hartford, CT 06106-5033.

Signature _____ Date _____

**PLEASE SEE THE NEXT PAGE FOR MORE INFORMATION ON YOUR HEARING RIGHTS**

THIS INFORMATION IS AVAILABLE IN ALTERNATE FORMATS. PHONE (860) 424-5016 OR TDD/TTY (800) 842-4524.

If you have additional questions, please contact your worker.

## YOUR RIGHT TO AN ADMINISTRATIVE HEARING

The Administrative Hearing at the Department is your chance to explain why you disagree with the Department's decision. You must be at the hearing.

At the hearing you can speak for yourself or have a friend or relative speak for you. You can also have an attorney represent you. Free legal help may be available from your local Legal Services office.

For information on legal services call 1-800-453-3320.

W-407
(Rev.10/98)

**ESTADO DE CONNECTICUT**
DEPARTMENTO DE SERVICIOS SOCIALES
25 Sigourney Street Hartford, Connecticut 06106-5033

SERVICIOS MÉDICOS - NOTIFICACION DE DENEGACIÓN

Nombre del caso: _____          Fecha de Servicio/Petición: _____
     Direccion: _____                    Numero del caso: _____
                _____
                _____

La solicitud de autorización previa presentada al Departamento de Servicios Sociales, División de Financiamiento de Cuidado de Salud, 25 Sigourney Street, Hartford, CT 06106 por

_____
(Proveedor(a))

para _____
         (Equipo Médico Durable)

ha sido denegada por este Departamento en Cumplimiento de la Sección 17b-262-672 a 17b-262-682, inclusive, de las Regulaciones de las Agencias Estatales de Connecticut porque: Según sección 17b-262-678(d) su proveedor ha presentado una solicitud no urgente de Equipo Médico Duradero por Fax. Su proveedor debe presentar las solicitudes de autorización previa no urgentes por correo.

Como recordatorio, usted continúa teniendo derecho a ejercer su libertad de elección para seleccionar su proveedor de Equipo Médico Duradero. Usted puede pedirle a su proveedor actual o a otro proveedor que presente una nueva solicitud que mencione el (los) problema(s) identificado(s) en la solicitud original como lo describe este aviso.

La(s) regulacion(es) citida(s) pueda que se encuentre(n) en bibliotecas públicas y también esta(n) disponible en el website del Departamento en www.ctmedicalprogram.com. Usted tiene el derecho a revisar su archivo y todos los documentos que el Departmento utilizo en tomar esta acción.

Si usted no está satisfecho con los pasos tomados, usted tiene derecho a apelar y solicitar una Audiencia Administrativa *a dentro de 60 días de la fecha de este aviso*. La solicitud de una Audiencia Administrativa debe hacerse por escrito y dirigida a Audiencias Administrativa y Apelaciones, Departamento de Servicios Sociales del estado de Connecticut, 25 Sigourney Street, Hartford, CT 06106-5033

_____     _____
         Firma                                      Fecha

**VEA EL DORSO PARA ENTERARSE DE SUS DERECHOS A UNA AUDIENCIA.**

(ESTA INFORMACIÓN ESTÁ DISPONIBLE EN FORMATOS ALTERNOS, TELÉFONO (860) 424-5016 O TDD/TYY (800) 842-4524.)

Si tiene preguntas adicionales, por favor comuníquese con su trabajador.

## SU DERECHO A UNA AUDEIENCIA ADMINISTRATIVA

La Audiencia Administrativa con el Departmento es su oportunidad para explicar porque usted no esta de acuerdo con la decision del Departmento. Usted tiene que asistir a la audiencia.

En la audiencia usted puede hablar por usted mismo o puede traer otra persona, tal como un amigo o un pariente, para hablar por usted. Usted puede tener también a un abogado que lo represente. Ayuda legal gratis puede que sea disponible de su oficina local de Servicios Legales.

Para información sobre servicios legales llame al 1-800-453-3320.

W-407
(Rev.10/98)

**STATE OF CONNECTICUT**
DEPARTMENT OF SOCIAL SERVICES
25 Sigourney Street Hartford, Connecticut 06106-5033

Exhibit N

## MEDICAL SERVICES - NOTICE OF DENIAL

Case Address: _____

Date of Service/Request: _____
Case Number: _____

The prior authorization request submitted to the Connecticut Department of Social Services, Division of Health Care Financing, 25 Sigourney Street, Hartford, CT 06106, by _____ (Provider)

for _____ (Durable Medical Equipment)

has been denied by this Department, pursuant to 17b-262-672 to 17b-262-682, inclusive, of the Regulations of Connecticut State Agencies, because:

Per section 17b-262-676(b)(1), you do not need this additional item because we have already authorized this item(s) based on an earlier request.

As a reminder, you continue to have the right to exercise your freedom of choice in selecting your Durable Medical Equipment provider. You can ask the current provider or another provider to submit a new request that addresses the problem(s) identified on the original request as described in this notice.

The cited regulation(s) may be available at public libraries and is also available on the Department's website at www.ctmedicalprogram.com. You have the right to review your file and all documents the Department relied upon in taking this action.

If you are not satisfied with the action taken, you have the right to appeal and request an Administrative Hearing **_within 60 days from the date of this notice_**. A request for an Administrative Hearing must be made in writing, and addressed to the State of Connecticut, Department of Social Services, Administrative Hearings and Appeals, 25 Sigourney Street, Hartford, CT 06106-5033.

_____        _____
Signature                                                Date

**PLEASE SEE THE NEXT PAGE FOR MORE INFORMATION ON YOUR HEARING RIGHTS**

THIS INFORMATION IS AVAILABLE IN ALTERNATE FORMATS. PHONE (860) 424-5016 OR TDD/TTY (800) 842-4524.

If you have additional questions, please contact your worker.

## YOUR RIGHT TO AN ADMINISTRATIVE HEARING

The Administrative Hearing at the Department is your chance to explain why you disagree with the Department's decision. You must be at the hearing.

At the hearing you can speak for yourself or have a friend or relative speak for you. You can also have an attorney represent you. Free legal help may be available from your local Legal Services office.

For information on legal services call 1-800-453-3320.

W-407
(Rev.10/98)

# ESTADO DE CONNECTICUT
DEPARTMENTO DE SERVICIOS SOCIALES
25 Sigourney Street Hartford, Connecticut 06106-5033

### SERVICIOS MÉDICOS - NOTIFICACION DE DENEGACIÓN

Nombre del caso: _____     Fecha de Servicio/Petición: _____
    Direccion: _____         Numero del caso: _____
              _____
              _____

La solicitud de autorización previa presentada al Departamento de Servicios Sociales, División de Financiamiento de Cuidado de Salud, 25 Sigourney Street, Hartford, CT 06106 por

_____
                                    (Proveedor(a))

para _____
            (Equipo Médico Durable)

ha sido denegada por este Departamento en Cumplimiento de la Sección 17b-262-672 a 17b-262-682, inclusive, de las Regulaciones de las Agencias Estatales de Connecticut porque: Según sección 17b-262-676(b)(1) usted no necesita este artículo adicional porque ya hemos autorizado este (estos) artículo(s) basados en una solicitud anterior.

Como recordatorio, usted continúa teniendo derecho a ejercer su libertad de elección para seleccionar su proveedor de Equipo Médico Duradero. Usted puede pedirle a su proveedor actual o a otro proveedor que presente una nueva solicitud que mencione el (los) problema(s) identificado(s) en la solicitud original como lo describe este aviso.

La(s) regulacion(es) citida(s) pueda que se encuentre(n) en bibliotecas públicas y también esta(n) disponible en el website del Departamento en www.ctmedicalprogram.com. Usted tiene el derecho a revisar su archivo y todos los documentos que el Departmento utilizo en tomar esta acción.

Si usted no está satisfecho con los pasos tomados, usted tiene derecho a apelar y solicitar una Audiencia Administrativa *a dentro de 60 días de la fecha de este aviso*. La solicitud de una Audiencia Administrativa debe hacerse por escrito y dirigida a Audiencias Administrativa y Apelaciones, Departamento de Servicios Sociales del estado de Connecticut, 25 Sigourney Street, Hartford, CT 06106-5033

_____     _____
        Firma                     Fecha

**VEA EL DORSO PARA ENTERARSE DE SUS DERECHOS A UNA AUDIENCIA.**

(ESTA INFORMACIÓN ESTÁ DISPONIBLE EN FORMATOS ALTERNOS, TELÉFONO (860) 424-5016 O TDD/TYY (800) 842-4524.)

Si tiene preguntas adicionales, por favor comuníquese con su trabajador.

## SU DERECHO A UNA AUDEIENCIA ADMINISTRATIVA

La Audiencia Administrativa con el Departmento es su oportunidad para explicar porque usted no esta de acuerdo con la decision del Departmento. Usted tiene que asistir a la audiencia.

En la audiencia usted puede hablar por usted mismo o puede traer otra persona, tal como un amigo o un pariente, para hablar por usted. Usted puede tener también a un abogado que lo represente. Ayuda legal gratis puede que sea disponible de su oficina local de Servicios Legales.

Para información sobre servicios legales llame al 1-800-453-3320.

W-407
(Rev.10/98)

STATE OF CONNECTICUT
DEPARTMENT OF SOCIAL SERVICES
25 Sigourney Street Hartford, Connecticut 06106-5033

Exhibit O

## MEDICAL SERVICES - NOTICE OF DENIAL

Case _____

Address: _____

_____

_____

Date of Service/Request: _____

Case Number: _____

The prior authorization request submitted to the Connecticut Department of Social Services, Division of Health Care Financing, 25 Sigourney Street, Hartford, CT 06106, by

_____
(Provider)

for _____
(Durable Medical Equipment)

has been denied by this Department, pursuant to 17b-262-672 to 17b-262-682, inclusive, of the Regulations of Connecticut State Agencies, because:

Per sections 17b-262-531(b), 17b-262-673(10), 17b-262-676(a)(2) and (b)(2) and Code of Federal Regulations 440.70(a)(3), your request does not meet the requirements for direct payments of DME. You have asked for direct payment of an item as DME. Direct payment for DME is a home services benefit that is generally only available to individuals who reside at home. You do not live at home. There are specific, limited exceptions to the home services requirement listed in the regulations that allow for direct payment for ventilators, customized wheelchairs, and Group2 Pressure reducing Support Surfaces for residents of nursing facilities and ICF/MRs. Because you do not live at home, and because the item requested is not one of the exceptions listed in the regulations, we are unable to consider your request.

As a reminder, you continue to have the right to exercise your freedom of choice in selecting your Durable Medical Equipment provider. You can ask the current provider or another provider to submit a new request that addresses the problem(s) identified on the original request as described in this notice.

The cited regulation(s) may be available at public libraries and is also available on the Department's website at www.ctmedicalprogram.com. You have the right to review your file and all documents the Department relied upon in taking this action.

If you are not satisfied with the action taken, you have the right to appeal and request an Administrative Hearing *within 60 days from the date of this notice*. A request for an Administrative Hearing must be made in writing, and addressed to the State of Connecticut, Department of Social Services, Administrative Hearings and Appeals, 25 Sigourney Street, Hartford, CT 06106-5033.

_____      _____
              Signature                                    Date

**PLEASE SEE THE NEXT PAGE FOR MORE INFORMATION ON YOUR HEARING RIGHTS**

THIS INFORMATION IS AVAILABLE IN ALTERNATE FORMATS. PHONE (860) 424-5016 OR TDD/TTY (800) 842-4524.

If you have additional questions, please contact your worker.

## YOUR RIGHT TO AN ADMINISTRATIVE HEARING

The Administrative Hearing at the Department is your chance to explain why you disagree with the Department's decision. You must be at the hearing.

At the hearing you can speak for yourself or have a friend or relative speak for you. You can also have an attorney represent you. Free legal help may be available from your local Legal Services office.

For information on legal services call 1-800-453-3320.

W-407
(Rev.10/98)

ESTADO DE CONNECTICUT
DEPARTMENTO DE SERVICIOS SOCIALES
25 Sigourney Street Hartford, Connecticut 06106-5033

SERVICIOS MÉDICOS - NOTIFICACION DE DENEGACIÓN

Nombre del caso: _____   Fecha de Servicio/Petición: _____
    Direccion: _____   Numero del caso: _____
    _____
    _____

La solicitud de autorización previa presentada al Departamento de Servicios Sociales, División de Financiamiento de Cuidado de Salud, 25 Sigourney Street, Hartford, CT 06106 por

_____
(Proveedor(a))

para _____
(Equipo Médico Durable)

ha sido denegada por este Departamento en Cumplimiento de la Sección 17b-262-672 a 17b-262-682, inclusive, de las Regulaciones de las Agencias Estatales de Connecticut porque: Según secciones 17b-262-531(b), 17b-262-673(10), 17b-262-676(a)(2) y (b)(2) y Código de Regulaciones Federales 440.70(a)(3), su solicitud no cumple con los requisitos para pago directo de DME. Usted ha pedido por pago directo de un articulo como DME. Pago directo por DME es un beneficio de servicios en el hogar que generalmente es solamente disponible a individuos que viven en su casa. Usted no vive en su casa. Hay excepciones limitadas, especificas al requisito de servicios en el hogar listadas en las regulaciones que permiten por pago directo para ventiladores, sillones de rueda adaptadas, y Presion Grupo 2 reduciendo Superficies de Soporte para residentes de clinicas y ICF/MRs. A causa de que usted no vive en casa, y porque el articulo pedido no es una de las excepciones listadas en las

Como recordatorio, usted continúa teniendo derecho a ejercer su libertad de elección para seleccionar su proveedor de Equipo Médico Duradero. Usted puede pedirle a su proveedor actual o a otro proveedor que presente una nueva solicitud que mencione el (los) problema(s) identificado(s) en la solicitud original como lo describe este aviso.

La(s) regulacion(es) citada(s) pueda que se encuentre(n) en bibliotecas públicas y también esta(n) disponible en el website del Departamento en www.ctmedicalprogram.com. Usted tiene el derecho a revisar su archivo y todos los documentos que el Departamento utilizo en tomar esta acción.

Si usted no está satisfecho con los pasos tomados, usted tiene derecho a apelar y solicitar una Audiencia Administrativa *a dentro de 60 días de la fecha de este aviso*. La solicitud de una Audiencia Administrativa debe hacerse por escrito y dirigida a Audiencias Administrativa y Apelaciones, Departamento de Servicios Sociales del estado de Connecticut, 25 Sigourney Street, Hartford, CT 06106-5033

_____   _____
    Firma    Fecha

**VEA EL DORSO PARA ENTERARSE DE SUS DERECHOS A UNA AUDIENCIA.**

**(ESTA INFORMACIÓN ESTÁ DISPONIBLE EN FORMATOS ALTERNOS, TELÉFONO (860) 424-5016 O TDD/TYY (800) 842-4524.)**

Si tiene preguntas adicionales, por favor comuníquese con su trabajador.

## SU DERECHO A UNA AUDEIENCIA ADMINISTRATIVA

La Audiencia Administrativa con el Departmento es su oportunidad para explicar porque usted no esta de acuerdo con la decision del Departmento. Usted tiene que asistir a la audiencia.

En la audiencia usted puede hablar por usted mismo o puede traer otra persona, tal como un amigo o un pariente, para hablar por usted. Usted puede tener también a un abogado que lo represente. Ayuda legal gratis puede que sea disponible de su oficina local de Servicios Legales.

Para información sobre servicios legales llame al 1-800-453-3320.

W-407
(Rev.10/98)

ESTADO DE CONNECTICUT
DEPARTMENTO DE SERVICIOS SOCIALES
25 Sigourney Street Hartford, Connecticut 06106-5033

Exhibit P

SERVICIOS MÉDICOS - NOTIFICACION DE DENEGACIÓN

Nombre del caso: _____  Fecha de Servicio/Petición: _____
     Direccion: _____        Numero del caso: _____
                _____
                _____
                _____

La solicitud de autorización previa presentada al Departamento de Servicios Sociales, División de Financiamiento de Cuidado de Salud, 25 Sigourney Street, Hartford, CT 06106 por

_____
(Proveedor(a))

para _____
          (Equipo Médico Durable)

ha sido denegada por este Departamento en Cumplimiento de la Sección 17b-262-672 a 17b-262-682, inclusive, de las Regulaciones de las Agencias Estatales de Connecticut porque: Según sección 17b-262-673(20) y 17b-262-678(a) hasta (f), no se cumplió con requisitos de autorización previa. Este (estos) artículo(s) requiere(n) de autorización previa del Departamento. El proveedor debe presentar la papelería necesaria de manera oportuna al Departamento. Su proveedor no presentó la papelería necesaria de manera oportuna y por ello se niega la autorización.

Como recordatorio, usted continúa teniendo derecho a ejercer su libertad de elección para seleccionar su proveedor de Equipo Médico Duradero. Usted puede pedirle a su proveedor actual o a otro proveedor que presente una nueva solicitud que mencione el (los) problema(s) identificado(s) en la solicitud original como lo describe este aviso.

La(s) regulacion(es) citida(s) pueda que se encuentre(n) en bibliotecas públicas y también esta(n) disponible en el website del Departamento en www.ctmedicalprogram.com. Usted tiene el derecho a revisar su archivo y todos los documentos que el Departmento utilizo en tomar esta acción.

Si usted no está satisfecho con los pasos tomados, usted tiene derecho a apelar y solicitar una Audiencia Administrativa *a dentro de 60 días de la fecha de este aviso*. La solicitud de una Audiencia Administrativa debe hacerse por escrito y dirigida a Audiencias Administrativa y Apelaciones, Departamento de Servicios Sociales del estado de Connecticut, 25 Sigourney Street, Hartford, CT 06106-5033

_____   _____
         Firma                        Fecha

VEA EL DORSO PARA ENTERARSE DE SUS DERECHOS A UNA AUDIENCIA.

(ESTA INFORMACIÓN ESTÁ DISPONIBLE EN FORMATOS ALTERNOS, TELÉFONO (860) 424-5016 O TDD/TYY (800) 842-4524.)

Si tiene preguntas adicionales, por favor comuníquese con su trabajador.

## SU DERECHO A UNA AUDEIENCIA ADMINISTRATIVA

La Audiencia Administrativa con el Departmento es su oportunidad para explicar porque usted no esta de acuerdo con la decision del Departmento. Usted tiene que asistir a la audiencia.

En la audiencia usted puede hablar por usted mismo o puede traer otra persona, tal como un amigo o un pariente, para hablar por usted. Usted puede tener también a un abogado que lo represente. Ayuda legal gratis puede que sea disponible de su oficina local de Servicios Legales.

Para información sobre servicios legales llame al 1-800-453-3320.