W-407
(Rev.10/98)

# STATE OF CONNECTICUT
## DEPARTMENT OF SOCIAL SERVICES
25 Sigourney Street Hartford, Connecticut 06106-5033

Exhibit Q

### MEDICAL SERVICES - NOTICE OF DENIAL

Case
Address: _____

Date of Service/Request: _____
Case Number: _____

The prior authorization request submitted to the Connecticut Department of Social Services, Division of Health Care Financing, 25 Sigourney Street, Hartford, CT 06106, by _____ (Provider)

for _____
(Durable Medical Equipment)

has been denied by this Department, pursuant to 17b-262-672 to 17b-262-682, inclusive, of the Regulations of Connecticut State Agencies, because:

Per sections 17b-262-673(20)(definitions) and 17b-262-678(f) of the DME Regulation, effective August 22, 2000, "prior authorizations that do not include an estimated delivery date shall be denied." This is, therefore, a technical denial based upon documentation only. A decision regarding the medical necessity for the product has not been made.

As a reminder, you continue to have the right to exercise your freedom of choice in selecting your Durable Medical Equipment provider. You can ask the current provider or another provider to submit a new request that addresses the problem(s) identified on the original request as described in this notice.

The cited regulation(s) may be available at public libraries and is also available on the Department's website at www.ctmedicalprogram.com. You have the right to review your file and all documents the Department relied upon in taking this action.

If you are not satisfied with the action taken, you have the right to appeal and request an Administrative Hearing *within 60 days from the date of this notice*. A request for an Administrative Hearing must be made in writing, and addressed to the State of Connecticut, Department of Social Services, Administrative Hearings and Appeals, 25 Sigourney Street, Hartford, CT 06106-5033.

Signature _____   Date _____

**PLEASE SEE THE NEXT PAGE FOR MORE INFORMATION ON YOUR HEARING RIGHTS**

THIS INFORMATION IS AVAILABLE IN ALTERNATE FORMATS. PHONE (860) 424-5016 OR TDD/TTY (800) 842-4524.

If you have additional questions, please contact your worker.

## YOUR RIGHT TO AN ADMINISTRATIVE HEARING

The Administrative Hearing at the Department is your chance to explain why you disagree with the Department's decision. You must be at the hearing.

At the hearing you can speak for yourself or have a friend or relative speak for you. You can also have an attorney represent you. Free legal help may be available from your local Legal Services office.

For information on legal services call 1-800-453-3320.

W-407
(Rev.10/98)

# ESTADO DE CONNECTICUT
## DEPARTMENTO DE SERVICIOS SOCIALES
25 Sigourney Street Hartford, Connecticut 06106-5033

### SERVICIOS MÉDICOS - NOTIFICACION DE DENEGACION

Nombre del caso: _____  Fecha de Servicio/Petición: _____

Dirección: _____  Numero del caso: _____

_____

_____

La solicitud de autorización previa presentada al Departamento de Servicios Sociales, División de Financiamiento de Cuidado de Salud, 25 Sigourney Street, Hartford, CT 06106 por

_____
(Proveedor(a))

para _____
(Equipo Médico Durable)

ha sido denegada por este Departamento en Cumplimiento de la Sección 17b-262-672 a 17b-262-682, inclusive, de las Regulaciones de las Agencias Estatales de Connecticut porque: Según sección 17b-262-673(20)(definiciones) y 17b-262-678(f) de la Regulacion DME, efectivo agosto 22, 2000, "autorizaciones previa que no incluyen una fecha estimada de entrego seran denegadas." Esto es, por lo tanto, una denegacion tecnica basada en documentacion solamente. Una decision tocante a la necesidad medica para el para producto no se ha hecho.

Como recordatorio, usted continúa teniendo derecho a ejercer su libertad de elección para seleccionar su proveedor de Equipo Médico Duradero. Usted puede pedirle a su proveedor actual o a otro proveedor que presente una nueva solicitud que mencione el (los) problema(s) identificado(s) en la solicitud original como lo describe este aviso.

La(s) regulacion(es) citida(s) pueda que se encuentre(n) en bibliotecas públicas y también esta(n) disponible en el website del Departamento en www.ctmedicalprogram.com. Usted tiene el derecho a revisar su archivo y todos los documentos que el Departmento utilizo en tomar esta acción.

Si usted no está satisfecho con los pasos tomados, usted tiene derecho a apelar y solicitar una Audiencia Administrativa **_a dentro de 60 días de la fecha de este aviso_**. La solicitud de una Audiencia Administrativa debe hacerse por escrito y dirigida a Audiencias Administrativa y Apelaciones, Departamento de Servicios Sociales del estado de Connecticut, 25 Sigourney Street, Hartford, CT 06106-5033

_____        _____
          Firma                              Fecha

**VEA EL DORSO PARA ENTERARSE DE SUS DERECHOS A UNA AUDIENCIA.**

(ESTA INFORMACIÓN ESTÁ DISPONIBLE EN FORMATOS ALTERNOS, TELÉFONO (860) 424-5016 O TDD/TY (800) 842-4524.)

Si tiene preguntas adicionales, por favor comuníquese con su trabajador.

## SU DERECHO A UNA AUDEIENCIA ADMINISTRATIVA

La Audiencia Administrativa con el Departmento es su oportunidad para explicar porque usted no esta de acuerdo con la decision del Departmento. Usted tiene que asistir a la audiencia.

En la audiencia usted puede hablar por usted mismo o puede traer otra persona, tal como un amigo o un pariente, para hablar por usted. Usted puede tener también a un abogado que lo represente. Ayuda legal gratis puede que sea disponible de su oficina local de Servicios Legales.

Para información sobre servicios legales llame al 1-800-453-3320.

W-407
(Rev.10/98)

STATE OF CONNECTICUT
DEPARTMENT OF SOCIAL SERVICES
25 Sigourney Street Hartford, Connecticut 06106-5033

Exhibit R

## MEDICAL SERVICES - NOTICE OF DENIAL

Case
Address: _____

Date of Service/Request: _____
Case Number: _____

_____
_____
_____

The prior authorization request submitted to the Connecticut Department of Social Services, Division of Health Care Financing, 25 Sigourney Street, Hartford, CT 06106, by

_____
(Provider)

for _____
(Durable Medical Equipment)

has been denied by this Department, pursuant to 17b-262-672 to 17b-262-682, inclusive, of the Regulations of Connecticut State Agencies, because:

Per section 17b-262-678(f) of the DME Regulation, effective August 22, 2000, "prior authorizations that do not include an estimated delivery date shall be denied." Also, per Section 17b-262-681(f) of the DME Regulation, "all prescriptions for DME regardless of format used shall, at a minimum, contain the following elements" (1-6 inclusive). This is, therefore, a technical denial based upon documentation only. A decision regarding the medical necessity for the product has not been made. Per sections 17b-262-673(19) and (20), 17b-262-678(f) and 17b-262-681(f)(1)-(6) your provider did not submit a complete prior authorization request.

As a reminder, you continue to have the right to exercise your freedom of choice in selecting your Durable Medical Equipment provider. You can ask the current provider or another provider to submit a new request that addresses the problem(s) identified on the original request as described in this notice.

The cited regulation(s) may be available at public libraries and is also available on the Department's website at www.ctmedicalprogram.com. You have the right to review your file and all documents the Department relied upon in taking this action.

If you are not satisfied with the action taken, you have the right to appeal and request an Administrative Hearing _within 60 days from the date of this notice_. A request for an Administrative Hearing must be made in writing, and addressed to the State of Connecticut, Department of Social Services, Administrative Hearings and Appeals, 25 Sigourney Street, Hartford, CT 06106-5033.

_____  _____
Signature                Date

**PLEASE SEE THE NEXT PAGE FOR MORE INFORMATION ON YOUR HEARING RIGHTS**

THIS INFORMATION IS AVAILABLE IN ALTERNATE FORMATS. PHONE (860) 424-5016 OR TDD/TTY (800) 842-4524.

If you have additional questions, please contact your worker.

## YOUR RIGHT TO AN ADMINISTRATIVE HEARING

The Administrative Hearing at the Department is your chance to explain why you disagree with the Department's decision. You must be at the hearing.

At the hearing you can speak for yourself or have a friend or relative speak for you. You can also have an attorney represent you. Free legal help may be available from your local Legal Services office.

For information on legal services call 1-800-453-3320.

W-407
(Rev.10/98)

**ESTADO DE CONNECTICUT**
DEPARTMENTO DE SERVICIOS SOCIALES
25 Sigourney Street Hartford, Connecticut 06106-5033

SERVICIOS MÉDICOS - NOTIFICACION DE DENEGACIÓN

Nombre del caso: _____     Fecha de Servicio/Petición: _____
   Direccion: _____         Numero del caso: _____
              _____
              _____

La solicitud de autorización previa presentada al Departmento de Servicios Sociales, División de Financiamiento de Cuidado de Salud, 25 Sigourney Street, Hartford, CT 06106 por

_____
                                    (Proveedor(a))

para _____
              (Equipo Médico Durable)

ha sido denegada por este Departamento en Cumplimiento de la Sección 17b-262-672 a 17b-262-682, inclusive, de las Regulaciones de las Agencias Estatales de Connecticut porque: Según sección 17b-262-673(20)(definiciones) y 17b-262-678(f) de la Regulacion DME, efectivo agosto 22, 2000, "autorizaciones previa que no incluyen una fecha estimada de entrego seran denegadas." Tambien por seccion 17b-262-681-(f) de la Regulacion DME, "todas prescripciones para DME sin tener en cuenta a formato usado contendran, a un mínimo, los siguientes elementos" (1-6 inclusive). Esto es, por lo tanto, una denegacion tecnica basada en documentacion solamente. Una decision tocante a la necesidad medica para el para producto no se ha hecho. Según Secciones 17b-262-673(19) y (20), 17b-262-678(f) y 17b-262-681(f)(1) a (6), su proveedor no sometió una solicitud de autorización previa completada.

Como recordatorio, usted continúa teniendo derecho a ejercer su libertad de elección para seleccionar su proveedor de Equipo Médico Duradero. Usted puede pedirle a su proveedor actual o a otro proveedor que presente una nueva solicitud que mencione el (los) problema(s) identificado(s) en la solicitud original como lo describe este aviso.

La(s) regulacion(es) citida(s) pueda que se encuentre(n) en bibliotecas públicas y también esta(n) disponible en el website del Departamento en www.ctmedicalprogram.com. Usted tiene el derecho a revisar su archivo y todos los documentos que el Departament utilizo en tomar esta acción.

Si usted no está satisfecho con los pasos tomados, usted tiene derecho a apelar y solicitar una Audiencia Administrativa *a dentro de 60 días de la fecha de este aviso*. La solicitud de una Audiencia Administrativa debe hacerse por escrito y dirigida a Audiencias Administrativa y Apelaciones, Departamento de Servicios Sociales del estado de Connecticut, 25 Sigourney Street, Hartford, CT 06106-5033

_____     _____
        Firma                      Fecha

**VEA EL DORSO PARA ENTERARSE DE SUS DERECHOS A UNA AUDIENCIA.**

(ESTA INFORMACIÓN ESTÁ DISPONIBLE EN FORMATOS ALTERNOS, TELÉFONO (860) 424-5016 O TDD/TYY (800) 842-4524.)

Si tiene preguntas adicionales, por favor comuníquese con su trabajador.

## SU DERECHO A UNA AUDEIENCIA ADMINISTRATIVA

La Audiencia Administrativa con el Departmento es su oportunidad para explicar porque usted no esta de acuerdo con la decision del Departmento. Usted tiene que asistir a la audiencia.

En la audiencia usted puede hablar por usted mismo o puede traer otra persona, tal como un amigo o un pariente, para hablar por usted. Usted puede tener también a un abogado que lo represente. Ayuda legal gratis puede que sea disponible de su oficina local de Servicios Legales.

Para información sobre servicios legales llame al 1-800-453-3320.

W-407
(Rev.10/98)

**STATE OF CONNECTICUT**
**DEPARTMENT OF SOCIAL SERVICES**
25 Sigourney Street Hartford, Connecticut 06106-5033

Exhibit S

MEDICAL SERVICES - NOTICE OF DENIAL

Case _____
Address: _____
_____
_____

Date of Service/Request: _____
Case Number: _____

The prior authorization request submitted to the Connecticut Department of Social Services, Division of Health Care Financing, 25 Sigourney Street, Hartford, CT 06106, by

_____
(Provider)

for _____
(Durable Medical Equipment)

has been denied by this Department, pursuant to 17b-262-672 to 17b-262-682, inclusive, of the Regulations of Connecticut State Agencies, because:

Per sections 17b-262-673(19) and (20), 17b-262-678(f) and 17b-262-681(f)(1)-(6) your provider did not submit a complete prior authorization request. Per Section 17b-262-681(f) of the DME Regulation, "all prescriptions for DME regardless of format used shall, at a minimum, contain the following elements" (1-6 inclusive). This is, therefore, a technical denial based upon documentation only. A decision regarding the medical necessity for the product has not been made.

As a reminder, you continue to have the right to exercise your freedom of choice in selecting your Durable Medical Equipment provider. You can ask the current provider or another provider to submit a new request that addresses the problem(s) identified on the original request as described in this notice.

The cited regulation(s) may be available at public libraries and is also available on the Department's website at www.ctmedicalprogram.com. You have the right to review your file and all documents the Department relied upon in taking this action.

If you are not satisfied with the action taken, you have the right to appeal and request an Administrative Hearing *within 60 days from the date of this notice*. A request for an Administrative Hearing must be made in writing, and addressed to the State of Connecticut, Department of Social Services, Administrative Hearings and Appeals, 25 Sigourney Street, Hartford, CT 06106-5033.

_____    _____
Signature                                                                 Date

**PLEASE SEE THE NEXT PAGE FOR MORE INFORMATION ON YOUR HEARING RIGHTS**

THIS INFORMATION IS AVAILABLE IN ALTERNATE FORMATS. PHONE (860) 424-5016 OR TDD/TTY (800) 842-4524.

If you have additional questions, please contact your worker.

**YOUR RIGHT TO AN ADMINISTRATIVE HEARING**

The Administrative Hearing at the Department is your chance to explain why you disagree with the Department's decision. You must be at the hearing.

At the hearing you can speak for yourself or have a friend or relative speak for you. You can also have an attorney represent you. Free legal help may be available from your local Legal Services office.

For information on legal services call 1-800-453-3320.

W-407
(Rev.10/98)

**ESTADO DE CONNECTICUT**
DEPARTMENTO DE SERVICIOS SOCIALES
25 Sigourney Street Hartford, Connecticut 06106-5033

SERVICIOS MÉDICOS - NOTIFICACION DE DENEGACIÓN

Nombre del caso: _____     Fecha de Servicio/Petición: _____
    Direccion: _____     Numero del caso: _____
    _____
    _____

La solicitud de autorización previa presentada al Departmento de Servicios Sociales, División de Financiamiento de Cuidado de Salud, 25 Sigourney Street, Hartford, CT 06106 por

_____
(Proveedor(a))

para _____
(Equipo Médico Durable)

ha sido denegada por este Departamento en Cumplimiento de la Sección 17b-262-672 a 17b-262-682, inclusive, de las Regulaciones de las Agencias Estatales de Connecticut porque: Según secciones 17b-262-673(19) y (20) y 17b-262-681(f)(1) a (6), su proveedor no sometió una solicitud de autorización previa completada. por seccion 17b-262-681-(f) de la Regulacion DME, "todas prescripciones para DME sin tener en cuenta a formato usado contendran, a un minimo, los siguientes elementos" (1 a 6 inclusive). Esto es, por lo tanto, una denegacion tecnica basada en documentacion solamente. Una decision tocante a la necesidad medica para el para producto no se ha hecho.

Como recordatorio, usted continúa teniendo derecho a ejercer su libertad de elección para seleccionar su proveedor de Equipo Médico Duradero. Usted puede pedirle a su proveedor actual o a otro proveedor que presente una nueva solicitud que mencione el (los) problema(s) identificado(s) en la solicitud original como lo describe este aviso.

La(s) regulacion(es) citida(s) pueda que se encuentre(n) en bibliotecas públicas y también esta(n) disponible en el website del Departamento en www.ctmedicalprogram.com. Usted tiene el derecho a revisar su archivo y todos los documentos que el Departmento utilizo en tomar esta acción.

Si usted no está satisfecho con los pasos tomados, usted tiene derecho a apelar y solicitar una Audiencia Administrativa _**a dentro de 60 días de la fecha de este aviso**_. La solicitud de una Audiencia Administrativa debe hacerse por escrito y dirigida a Audiencias Administrativa y Apelaciones, Departamento de Servicios Sociales del estado de Connecticut, 25 Sigourney Street, Hartford, CT 06106-5033

_____    _____
               Firma                                Fecha

**VEA EL DORSO PARA ENTERARSE DE SUS DERECHOS A UNA AUDIENCIA.**

(ESTA INFORMACIÓN ESTÁ DISPONIBLE EN FORMATOS ALTERNOS, TELÉFONO (860) 424-5016 O TDD/TYY (800) 842-4524.)

Si tiene preguntas adicionales, por favor comuníquese con su trabajador.

# SU DERECHO A UNA AUDEIENCIA ADMINISTRATIVA

La Audiencia Administrativa con el Departmento es su oportunidad para explicar porque usted no esta de acuerdo con la decision del Departmento. Usted tiene que asistir a la audiencia.

En la audiencia usted puede hablar por usted mismo o puede traer otra persona, tal como un amigo o un pariente, para hablar por usted. Usted puede tener también a un abogado que lo represente. Ayuda legal gratis puede que sea disponible de su oficina local de Servicios Legales.

Para información sobre servicios legales llame al 1-800-453-3320.

W-407
(Rev.10/98)

Exhibit F

# STATE OF CONNECTICUT
## DEPARTMENT OF SOCIAL SERVICES
25 Sigourney Street Hartford, Connecticut 06106-5033

### MEDICAL SERVICES - NOTICE OF DENIAL

Case
Address: _____

Date of Service/Request: _____

Case Number: _____

The prior authorization request submitted to the Connecticut Department of Social Services, Division of Health Care Financing, 25 Sigourney Street, Hartford, CT 06106, by _____ (Provider)

for _____ (Durable Medical Equipment)

has been denied by this Department, pursuant to 17b-262-672 to 17b-262-682, inclusive, of the Regulations of Connecticut State Agencies, because:

Per sections 17b-262-673(15) and 17b-262-673(17), your provider's request did not demonstrate that the item requested is medically necessary and medically appropriate for you. In order to approve your request, the information from your provider must show that the DME requested is necessary to treat your condition and directly related to you diagnosis, symptoms or medical history, Sec. 17b-262-676(b)(1). If you submit your request again, the following documentation will help us review your request: _____.

As a reminder, you continue to have the right to exercise your freedom of choice in selecting your Durable Medical Equipment provider. You can ask the current provider or another provider to submit a new request that addresses the problem(s) identified on the original request as described in this notice.

The cited regulation(s) may be available at public libraries and is also available on the Department's website at www.ctmedicalprogram.com. You have the right to review your file and all documents the Department relied upon in taking this action.

If you are not satisfied with the action taken, you have the right to appeal and request an Administrative Hearing *within 60 days from the date of this notice*. A request for an Administrative Hearing must be made in writing, and addressed to the State of Connecticut, Department of Social Services, Administrative Hearings and Appeals, 25 Sigourney Street, Hartford, CT 06106-5033.

Signature _____    Date _____

PLEASE SEE THE NEXT PAGE FOR MORE INFORMATION ON YOUR HEARING RIGHTS

THIS INFORMATION IS AVAILABLE IN ALTERNATE FORMATS. PHONE (860) 424-5016 OR TDD/TTY (800) 842-4524.

If you have additional questions, please contact your worker.

## YOUR RIGHT TO AN ADMINISTRATIVE HEARING

The Administrative Hearing at the Department is your chance to explain why you disagree with the Department's decision. You must be at the hearing.

At the hearing you can speak for yourself or have a friend or relative speak for you. You can also have an attorney represent you. Free legal help may be available from your local Legal Services office.

For information on legal services call 1-800-453-3320.

W-407
(Rev.10/98)

E S T A D O   D E   C O N N E C T I C U T
DEPARTMENTO DE SERVICIOS SOCIALES
25 Sigourney Street Hartford, Connecticut 06106-5033

SERVICIOS MÉDICOS - NOTIFICACION DE DENEGACIÓN

Nombre del caso: _____    Fecha de Servicio/Petición: _____
    Direccion: _____         Numero del caso: _____
           _____
           _____

La solicitud de autorización previa presentada al Departamento de Servicios Sociales, División de Financiamiento de Cuidado de Salud, 25 Sigourney Street, Hartford, CT 06106 por

_____
(Proveedor(a))

para _____
(Equipo Médico Durable)

ha sido denegada por este Departamento en Cumplimiento de la Sección 17b-262-672 a 17b-262-682, inclusive, de las Regulaciones de las Agencias Estatales de Connecticut porque: Según secciones 17b-262-673(15) y 17b-262-673(17), la solicitud de su proveedor no demostró que el artículo solicitado es una necesidad médica y no demostró pertenencia apta médica para usted. Para poder aprobar su solicitud, la información que obtengamos de su proveedor debe mostrar que el Equipo Médico Duradero (DME) es necesario para tratar su padecimiento médico y es relacionado directamente a su diagnóstico, síntomas o historia médica y Sec 17b-262-676(b)(1). Si usted vuelve a presentar su solicitud, la siguiente información nos ayudará a revisar su solicitud: _____.

Como recordatorio, usted continúa teniendo derecho a ejercer su libertad de elección para seleccionar su proveedor de Equipo Médico Duradero. Usted puede pedirle a su proveedor actual o a otro proveedor que presente una nueva solicitud que mencione el (los) problema(s) identificado(s) en la solicitud original como lo describe este aviso.

La(s) regulacion(es) citada(s) pueda que se encuentre(n) en bibliotecas públicas y también esta(n) disponible en el website del Departamento en www.ctmedicalprogram.com. Usted tiene el derecho a revisar su archivo y todos los documentos que el Departmento utilizo en tomar esta acción.

Si usted no está satisfecho con los pasos tomados, usted tiene derecho a apelar y solicitar una Audiencia Administrativa *a dentro de 60 días de la fecha de este aviso*. La solicitud de una Audiencia Administrativa debe hacerse por escrito y dirigida a Audiencias Administrativa y Apelaciones, Departamento de Servicios Sociales del estado de Connecticut, 25 Sigourney Street, Hartford, CT 06106-5033

_____    _____
        Firma                              Fecha

VEA EL DORSO PARA ENTERARSE DE SUS DERECHOS A UNA AUDIENCIA.

(ESTA INFORMACIÓN ESTÁ DISPONIBLE EN FORMATOS ALTERNOS, TELÉFONO (860) 424-5016 O TDD/TYY (800) 842-4524.)

Si tiene preguntas adicionales, por favor comuníquese con su trabajador.

## SU DERECHO A UNA AUDEIENCIA ADMINISTRATIVA

La Audiencia Administrativa con el Departmento es su oportunidad para explicar porque usted no esta de acuerdo con la decision del Departmento. Usted tiene que asistir a la audiencia.

En la audiencia usted puede hablar por usted mismo o puede traer otra persona, tal como un amigo o un pariente, para hablar por usted. Usted puede tener también a un abogado que lo represente. Ayuda legal gratis puede que sea disponible de su oficina local de Servicios Legales.

Para información sobre servicios legales llame al 1-800-453-3320.