02cv1968stipdism

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2003 DEC 22 P 2: 14
U.S. DISTRICT COURT
HARTFORD, CT.

DENISE PRAGANO, JOHN RIKER,
JOHN VASQUEZ

    Plaintiffs

V.

CIVIL ACTION NO.
302CV01968 (CFD)

PATRICIA WILSON-COKER,
Commissioner, Connecticut Department
of Social Services, in her Official Capacity

    Defendant

DECEMBER 19, 2003

## PLAINTIFFS' STIPULATION OF DISMISSAL

The plaintiffs represent that the parties have entered into an agreement, and pursuant to Rule 41 of the FRCP, the plaintiffs are voluntarily dismissing the above entitled matter with prejudice. Attached is the Agreement signed by the parties.

Respectfully submitted,
PLAINTIFF DENISE PRAGANO
PLAINTIFF JOHN RIKER
PLAINTIFF JOHN VASQUEZ

By: _Kevin J Brophy_    _Sheldon V. Toubman (by KJB)_
KEVIN BROPHY    SHELDON V. TOUBMAN
Fed. Bar No. CT 11575    Fed. Bar No. CT 08533
Connecticut Legal Services, Inc.    New Haven Legal Assistance Assoc.
85 Central Avenue    426 State St.
Waterbury, CT 06702    New Haven, CT 06510
(203)756-8074    (203)946-4811

_Mary Jean Schierberl (by KJB)_    _Shelley White (by KJB)_
MARY JEAN SCHIERBERL    SHELLEY WHITE
Fed. Bar No. CT 02464    Fed. Bar No. CT 05727
Connecticut Legal Services, Inc.    New Haven Legal Assistance Assoc.
587 Main St.    426 State St.
New Britain, CT 06051    New Haven, CT 06510
(860)225-8678    (203)946-4811

[Left margin handwritten note:] #46 GRANTED, in accordance with the attached Agreement. The case is dismissed with prejudice. The Clerk is directed to close the case. So ordered.
Christopher F. Droney
United States District Judge
12/29/03

[Stamp:] FILED 2003 DEC 29 P [illegible] U.S. DISTRICT COURT